# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**THE UNITED STATES OF AMERICA et al**            **PLAINTIFF**

**VS.**           **CIVIL ACTION NO.: 3:16-cv-00766-HTW-LRA**

**CITY OF JACKSON, MISSISSIPPI**           **DEFENDANTS**

## STATUS REPORT

COMES NOW, the Defendant, the City of Jackson, Mississippi, through counsel, pursuant to the Courts Order dated March 2, 2017 and files its status report to advise that the case is still a live controversy and has not been settled.

**THIS** the 2nd day of March 2017.

                     Respectfully submitted,

                     **CITY OF JACKSON, MISSISSIPPI**

                     By:    /s/ LaShundra Jackson-Winters
                           LaShundra Jackson-Winters, Deputy City Attorney
                           Dana Sims, Deputy City Attorney

Of Counsel:

Monica Joiner, City Attorney
Mississippi Bar No. 102154
LaShundra Jackson-Winters
Mississippi Bar No. 101143
Dana Sims
Mississippi Bar No. 103768
**OFFICE OF THE CITY ATTORNEY**
Post Office Box 2779
Jackson, Mississippi 39207-2779
601.960.1799 telephone

601.960.1756 facsimile
*Attorneys for City of Jackson*

## CERTIFICATE OF SERVICE

I, LaShundra Jackson-Winters, one of the attorneys for the City of Jackson, does hereby certify that I have this day delivered a true and correct copy of the above an foregoing document, via ECF electronic filing, to the following:

| | |
|---|---|
| Loretta E. Lynch | Gregory K. Davis |
| Attorney General | United States Attorney |
| Vanita Gupta | Mitzi Dease Paige |
| Principal Deputy Assistant | Assistant United States Attorney |
| Samenna Shina Majeed | 501 East Court Street |
| Chief | Jackson, MS 39201 |
| Michael S. Maurer | *Attorneys for Plaintiff* |
| Deputy Chief | |
| Andrea K. Steinacker | |
| Special Litigation Counsel | |
| Anna Purinton | |
| Trial Attorney | |
| 950 Pennsylvania Ave. NW - G St. | |
| Washington, DC 20530 | |
| *Attorneys for Plaintiff* | |

So certified, this the 2nd day of March, 2017.

/s/ LaShundra Jackson-Winters
LASHUNDRA JACKSON-WINTERS